# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRAIG MONROE PLUNKETT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No.  CIV-09-947-F |
| GARVIN COUNTY, | ) ) ) |
| Defendant. | ) |

## ORDER

In his Report and Recommendation of September 17, 2009 (doc. no. 6), Magistrate Judge Gary M. Purcell recommended that this action be dismissed without prejudice because plaintiff's motion for *in forma pauperis* status was deficient and because, despite being advised that if the deficiency was not cured the magistrate judge would recommend dismissal without prejudice, the deficiency was, in fact, not cured.  The Report advised plaintiff of his right to file an objection to the Report by October 7, 2009, and further advised that failure to object to the Report would waive appellate review of the recommended ruling.  No objection has been filed, no request for an extension of time within which to object has been filed, and no good cause has been shown for failure to provide the missing material in order to proceed *in forma pauperis*.

Accordingly, after review, and with no objection having been made, the Report and Recommendation of Magistrate Judge Purcell is **ACCEPTED**, **ADOPTED** and

-2-

**AFFIRMED** in its entirety.  This action is **DISMISSED** without prejudice for the reasons stated in the Magistrate Judge's Report and Recommendation.

Dated this 22nd day of October, 2009.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0947p002.wpd